

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-15-00615-CV

**IN RE ESTATE OF** Maria L. **RAYNES**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Marialyn Barnard, Justice
               Luz Elena D. Chapa, Justice
               Jason Pulliam, Justice

Delivered and Filed:  October 7, 2015

PETITION FOR WRITS OF MANDAMUS AND PROHIBITION DENIED

On October 1, 2015, relator filed a petition for writs of mandamus and prohibition with a motion for emergency stay pending a ruling on the petition. The court has considered the petition for writs of mandamus and prohibition and is of the opinion that relator is not entitled to the relief requested because relator has not established that there is no adequate remedy by appeal in this instance. *See In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135-36 (Tex. 2004) (orig. proceeding). Accordingly, the petition for writs of mandamus and prohibition and the motion for emergency stay are denied.  *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2013-PC-0369, styled *In the Estate of Maria L. Raynes, Deceased*, pending in the Probate Court No. 1, Bexar County, Texas, the Honorable Kelly Cross presiding.